UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MONROE HUGHES                                                             PLAINTIFF

V.                                              CIVIL ACTION NO. 3:25-CV-587-KHJ-ASH

MADISON COUNTY BOARD OF SUPERVISORS, ET AL.                DEFENDANTS

ORDER

Pro se Plaintiff Monroe Hughes files this Complaint under 42 U.S.C. § 1983 saying that he was denied access to the courts while housed in the Madison County Detention Center in Canton, Mississippi. Compl. [1] at 1. Hughes names Madison County Board of Supervisors, Randy Tucker, Sheriff of Madison County, Mississippi, and Jane/John Doe(s), Staff of Madison County Detention Center, as defendants. *Id*. Plaintiff was granted permission to proceed *in forma pauperis*. Order [7]. Having reviewed the Complaint [1] along with his Response [9], the Court finds that service of process will issue for Defendants Madison County Board of Supervisors, and Randy Tucker, Sheriff of Madison County, Mississippi.

IT IS ORDERED that the Clerk is directed to issue summons to Madison County Board of Supervisors, c/o Ronnie Lott, Chancery Clerk of Madison County, Mississippi, 146 W. Center Street, Canton, Mississippi 39046, and Randy Tucker, Sheriff of Madison County, Mississippi, Madison County Sheriff's Office, 2941 U.S. Highway 51, Canton, Mississippi 39046. The Clerk is directed to attach a copy of the Complaint [1] filed on August 8, 2025, a copy of the Order [8] entered on November 10, 2025, a copy of Plaintiff's Response [9] filed on December 1, 2025, and a copy of this Order to the summons to be served on the Defendants.

IT IS FURTHER ORDERED that the United States Marshal shall serve the same pursuant to 28 U.S.C. § 1915(d) and is directed to **file the return on or before May 27, 2026.**

1

IT IS FURTHER ORDERED that summons will not issue at this time for Jane/John Does, Staff at the Madison County Detention Center. It is Plaintiff's responsibility to timely identify these persons, move to amend the complaint to name these persons, and submit summonses for service by the United States Marshal. The Court will set a deadline for amendments at the Case Management Conference. Failure to name those persons by this time may result in dismissal of the John/Jane Does.

IT IS FURTHER ORDERED that Defendants Madison County Board of Supervisors and Sheriff Randy Tucker must file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS FURTHER ORDERED that as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

Plaintiff should understand that this Order allowing process to issue against the above-named Defendant does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

**It is Plaintiff's responsibility to prosecute this case. Failure to advise the Court of a change of address as directed by the Notice of Assignment [1-2] or failure to comply with any Order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

SO ORDERED AND ADJUDGED this 27th day of April, 2026.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE

2